## AHMED KENYATTA EBRON *v.* COMMISSIONER OF CORRECTION

The petition by the commissioner of correction for certification for appeal from the Appellate Court, 120 Conn. App. 560 (AC 29583), is granted, limited to the following issues:

"1. Did the Appellate Court properly affirm the habeas court's judgment that the petitioner received ineffective assistance of counsel in his criminal trial?

"2. If the Appellate Court properly affirmed the judgment, did the Appellate Court also properly affirm the habeas court's order for relief?"

The Supreme Court docket number is SC 18627.

*Michael Proto*, assistant state's attorney, in support of the petition.

*Jennifer L. Bourn*, deputy assistant public defender, in opposition.

Decided June 15, 2010